## IN THE SUPREME COURT FOR THE STATE OF MONTANA

### No. DA 24-0346

IN THE MATTER OF:

B.B., C.B. AND A.B.,

Youths In Need Of Care.

### ORDER

Upon consideration of the Motion to Withdraw as Counsel of Record, and with good cause appearing therefore,

IT IS HEREBY ORDERED that Mother and Appellant in this matter, M.A.F., shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order by mail to all counsel of record and to Mother and Appellant, M.A.F. at that person's last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2024